Argued and submitted September 17, reversed October 15, 2003

Mark E. GRIFFIN,
*Appellant,*

*v.*

Blenda SANDERS,
*Respondent,*
*and*

BULLIVANT HOUSER BAILEY PC,
and Farmers Insurance Company,
*Defendants.*

0011-12301; A117190

78 P3d 113

Michael J. Morris argued the cause for appellant. With him on the brief was Bennett, Hartman, Morris & Kaplan, LLP.

No appearance for respondent Blenda Sanders.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Reversed. *Potter v. Schlesser Co., Inc.,* 335 Or 209, 63 P3d 1172 (2003).